262 So.2d 790

STATE of Louisiana ex rel. William THORNBURGH

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52558.

June 15, 1972.

Writ denied. Mandamus is now moot since hearings have been ordered by the trial court.